

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00122-CV

| | | |
|---|---|---|
| UATP MANAGEMENT, LLC, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-300796-18) |
| V. | | |
| | § | October 15, 2020 |
| LEAP OF FAITH ADVENTURES, LLC, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We reverse in part the trial court's order denying UATP's TCPA motion, and we render judgment dismissing Leap of Faith's tortious interference claims for inducing Leap of Faith employees to leave their employment at Leap of Faith and go to work for UATP and for contacting suppliers and inducing them not to do business with Leap of Faith. We remand the case as to these two claims for the trial court to consider court costs and attorney's fees under Civil Practice and Remedies Code Section 27.009. Tex. Civ. Prac. & Rem.

Code Ann. § 27.009. As to all remaining claims not dismissed by the trial court, we affirm the trial court's denial of UATP's motion to dismiss.

It is further ordered that all parties shall bear their own cost of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth